# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3015

_____

GLORIA JIMENEZ,

    Appellant,

    v.

AMERICAN AIRLINES and
SEDGWICK CMS,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Edward R Almeyda, Judge.

Date of Accident:  July 1, 2011.

                    January 5, 2018

PER CURIAM.

    AFFIRMED.

WETHERELL, ROWE, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.**

_____

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Frank Garcia of Moran Kidd Lyons Johnson, P.A., Miami Lakes, for Appellees.